UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **MARIBEL GASSER-CASTILLO,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:21-cv-1500-LCB-SGC |
| ) | |
| **CHAD GARRETT,** ) | |
| ) | |
| Respondent. ) | |

## ORDER

Maribel Gasser-Castillo, an inmate at Aliceville Federal Correctional Institution, brings this suit under 28 U.S.C. § 2241. (Doc. 1 at 1). In short, she requests hardship time credit toward her sentence on the grounds that she experienced unconstitutional conditions of confinement during pretrial detention. *Id.* at 1–2. She also seeks expedited removal from the United States under 8 U.S.C. § 1231(a)(4)(B). *Id.* at 1.

United States Magistrate Judge Staci G. Cornelius now recommends that Gasser-Castillo's petition be dismissed for three reasons: (1) no statute authorizes a federal prisoner to receive credit toward her sentence due to suffering mistreatment during pretrial detention; (2) condition-of-confinement claims are not cognizable under § 2241; and (3) federal law does not recognize a private right of action for

compelling removal procedures under § 1231(a)(4)(B). (Doc. 12 at 3–6). Gasser-Castillo, for her part, presents no objection to the recommendation.[1]

Having reviewed de novo the record as a whole, the Court finds that this case should be dismissed for the reasons provided in Judge Cornelius's recommendation. The Court therefore **ADOPTS** the recommendation (Doc. 12), **GRANTS** the Government's motion to dismiss (Doc. 7), **DISMISSES** Gasser-Castillo's petition without prejudice, and **DIRECTS** the Clerk of Court to close this case.

**DONE** and **ORDERED** March 2, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

---

[1] Gasser-Castillo's time for filing objections expired on February 14, 2023.